IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ESTATE OF RICHARD A. KEMPF,** | ) | CIVIL ACTION NO. 15-1125 |
| **JR.,** *Deceased,* AMANDA KEMPF, | ) | |
| Adminstratrix, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **WASHINGTON COUNTY, et al.** | ) | |

## ORDER

And now this 12th day of September, 2018, upon consideration of the motion for summary judgment filed by defendant Dr. Ravindranath Kolli, M.D. ("Dr. Kolli") (ECF No. 83), and plaintiff's motion to strike Dr. Kolli's affidavit submitted in support of his motion for summary judgment (ECF No. 94), and in accordance with the accompanying memorandum opinion,

IT IS HEREBY ORDERED that the motion to strike IS DENIED;

IT IS FURTHER ORDERED that the motion for summary judgment IS DENIED; and

FINALLY, IT IS ORDERED that the court will continue to exercise supplemental jurisdiction over the state law claims asserted against Dr. Kolli.

By the court:

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge